IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

      Plaintiff,                         No. 2:12-cv-2693 EFB P

     vs.

HEDGEPH, et al.,                     <u>ORDER</u>

      Defendants.

_____/

      Plaintiff is a state inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, the defendants are located in and the claim arose in Monterey County, California which is in the Northern District of California. 28 U.S.C. § 84(a). For the convenience of the parties and witnesses and in the interest of justice, this action is transferred to the United States

1

District Court for the Northern District of California. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

DATED: November 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE